IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 19-627 |
| TRACEY GAINER | |

## ORDER

**AND NOW**, this 15th day of August, 2024, upon consideration of Tracey Gainer's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 60), the Government's Response (ECF No. 65), Gainer's *pro se* Reply (ECF No. 67), Gainer's Supplemental Brief (ECF No. 82) and after holding an evidentiary hearing (ECF No. 86), it is hereby **ORDERED**:

1. Gainer's § 2255 petition is **DENIED**.

2. A certificate of appealability **SHALL NOT** issue. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.